

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF<br><br>v.<br><br>IAN HOFFMANN,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>MJ-19-02062<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of _the Defendant_____, IT IS ORDERED that a detention hearing is set for _May 17_____, _2019_____, at _10:00_____ ☒a.m. / ☐p.m. before the Honorable _Maria A. Audero_____, in Courtroom _690_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _5/16/2019_

U.S. District Judge/Magistrate Judge
Maria A. Audero