FILED
CLERK, U.S. DISTRICT COURT
June 5, 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CSI___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

IAN HOFFMAN,

    Defendant.

Case No. 2:19-MJ-02062

ORDER OF DETENTION

I.

On May 16, 2019, Defendant Ian Hoffman ("Defendant") made his initial appearance in this district on the Complaint filed in the United States District Court for the Eastern District of California, Eastern District Case No. 2:19-MJ-00073. Private counsel Kenneth Jay Kahn made a special appearance representing Defendant. On the parties' agreement, the Court continued the detention hearing to May 17, 2019. On May 17, 2019, Defendant was represented by Kenneth Kahn. On the parties' agreement, the Court continued the detention hearing to May 21, 2019. On May 21, 2019, the Court appointed Deputy Federal Public Defender Isabel Bussarakum to represent Defendant. On the parties' agreement, the Court

continued the detention hearing to May 24, 2019.  On May 24, 2019, upon Defendant's request, the Court relieved Isabel Bussarakum of her duties and Defendant was represented by privately-retained counsel Andrew R. Flier.  On the parties' agreement, the Court continued the detention hearing to June 5, 2019.

On June 5, 2019, the Court conducted a detention hearing based on a motion by the Government pursuant to 18 U.S.C. § 3142(e) in a case alleging that there is no condition or combination of conditions that reasonably will assure the appearance of the defendant as required, and the safety or any other person and the community.  Defendant was represented by Andrew R. Flier.

The Court concludes that the Government is entitled to a rebuttable presumption that no condition or combination of conditions reasonably will assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)].

## II.

The Court finds that Defendant has not rebutted the Presumption and that no condition or combination of conditions reasonably will assure:

☐ the appearance of the defendant as required;
☒ the safety of any person or the community.

The Court bases its conclusions on the following:

- Defendant's possession of unregistered weapons;
- Reasonable inferences from the evidence presented that Defendant:
    - Attempted to sell an unregistered assault rifle to a third party;
    - Attempted to traffic in sex and/or prostitution;
    - Attempted to solicit the assault of a third party.

///
///
///

III.

In reaching this decision, the Court considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g).] The Court also considered the report and recommendation of the U.S. Pretrial Services Agency.

V.

IT IS THEREFORE ORDERED that Defendant be detained until trial. The defendant is remanded to the custody of the U.S. Marshal for forthwith removal to the Eastern District of California. Defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i).]

Dated: June 5, 2019  \_\_\_\_/s/_____
HON. MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE